USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAYRA OBERGH, IVONNE BRITO,<br><br>                      Plaintiffs,<br><br>              -against-<br><br>BUILDING MAINTENANCE SERVICES LLC<br>and ETHICAL CULTURE FIELDSTON<br>SCHOOL,<br><br>                      Defendants. | 21-CV-5053 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

       WHEREAS on November 19, 2021, Defendants filed a motion to dismiss, Dkts. 16–19.

       IT IS HEREBY ORDERED that by no later than **Friday, November 26, 2021**, Defendants must serve a copy of the motion to dismiss (Dkts. 16–19) on each Plaintiff and file proof of service on the docket.

       IT IS FURTHER ORDERED that this matter will be referred to the assigned Magistrate Judge by separate order for general pretrial management and for the preparation of reports and recommendations on all dispositive motions.

       IT IS FURTHER ORDERED that the Court encourages Ms. Obergh and Ms. Brito to use the services of the New York Legal Assistance Group ("NYLAG") as they litigate this case. NYLAG provides free legal assistance to *pro se* parties in certain instances. Attached to this Order is a flyer with the contact information for NYLAG. For additional information, Plaintiffs can also visit this website: https://www.nysd.uscourts.gov/attorney/legal-assistance.

       The Clerk of Court is respectfully directed to mail a copy of this Order to the two *pro se* Plaintiffs and to note the mailings on the docket.

**SO ORDERED.**

                                                                           _____

**Date:  November 21, 2021**                                            **VALERIE CAPRONI**
        **New York, NY**                                                               **United States District Judge**