USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYRA OBERGH, IVONNE BRITO,

                Plaintiffs,

-against-                           21-CV-5053 (VEC)

BUILDING MAINTENANCE SERVICES LLC      ORDER
and ETHICAL CULTURE FIELDSTON
SCHOOL,

                Defendants.

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 21, 2021, the Court ordered Defendants to serve a copy of the motion to dismiss (Dkts. 16–19) on each Plaintiff and to file proof of service on the docket by no later than November 26, 2021, Dkt. 20; and

    WHEREAS Defendants did not file proof of service on the docket by the deadline.

    IT IS HEREBY ORDERED that Defendants must file proof of service on the docket by no later than **Friday, December 3, 2021**. Failure to comply with the Court's order may result in an order to show cause why sanctions should not be imposed against Defense counsel for failure to comply with Court orders.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the two *pro se* Plaintiffs and to note the mailings on the docket.

**SO ORDERED.**

Date: November 30, 2021
       New York, NY

                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**